# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMBURGER, | Case No. CV 11-5770 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| REGISTER TAPES UNLIMITED, INC., a Texas Corporation, | |
| Defendant. | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement; Approval of Attorney's Fees, Costs & Service Award ("Order"), IT IS ADJUDGED THAT:

1. Plaintiff Allen Hamburger shall be paid a service payment of $1,000 in accordance with the terms of the Settlement Agreement.

2. Class counsel shall be paid $25,000 in attorney's fees and $15,733.78 in costs in accordance with the terms of the Settlement Agreement.

3. Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of this court.

Dated this 10th day of October, 2017.

/s/
Fernando M. Olguin
United States District Judge